IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GARRETT DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00199-TES-CHW |
| | * |
| DOOLY STATE PRISON, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 11/12/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk